WITHDRAWN 1-29-15



# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00327-CV

**DEFENSE RESOURCE SERVICES, LLC,**

                                                    **Appellant**

 **v.**

**FIRST NATIONAL BANK OF CENTRAL TEXAS,**

                                                    **Appellee**

_____

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2013-3668-4**

## MEMORANDUM  OPINION

Appellant, Defense Resource Services, LLC, appeals from a judgment entered in favor of appellee, First National Bank of Central Texas.  However, appellant has not filed a docketing statement.  *See* TEX. R. APP. P. 32.1.

In a letter dated November 21, 2014, the Clerk of this Court notified appellant that the docketing statement must be filed within twenty-one days from the date of the letter.  The letter also warned appellant that if the docketing statement was not filed

within twenty-one days from the date of the letter, the appeal would be dismissed without further notification.  *See id.* at R. 42.3(b)-(c), 44.3.

More than twenty-one days have passed, and we have not received the docketing statement.  Accordingly, this appeal is dismissed.  *See id.* at R. 42.3(b)-(c).

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 15, 2015
[CV06]

